# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

10-1214

William K. Suter
Clerk of the Court
(202) 479-3011

January 9, 2012

FILED

JAN 11 2012

LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Demetrius Edward Flenory
v. United States
No. 11-849
(Your No. 10-1214)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 22, 2011 and placed on the docket January 9, 2012 as No. 11-849.

Sincerely,

**William K. Suter**, Clerk

by

Jeffrey Atkins
Supervisor-Case Analyst Division